# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**LEROY AND DEBBIE CAMPOS,**

        **Plaintiffs,**

**v.**                                **Civ. No. 98-1574 JP/LFG**

**THOMAS BROOKSBANK,**

        **Defendant.**

## MEMORANDUM OPINION AND ORDER

On June 2, 1999, Plaintiffs filed their Memorandum on Damages (Doc. No. 13) and their Motion for Attorney's Fees and Costs (Doc. No. 11). However, the relief that the Plaintiffs request has already been granted.

In the Default Judgment (Doc. No. 9) filed May 26, 1999, I awarded the Plaintiffs $1,000.00 in statutory damages, $3,621.53 in actual damages (which was increased to $7,243.06 for defendant's willful violations of law), and $1,665.54 for attorney's fees, tax and costs. Consequently, Plaintiffs' motions are moot and should be denied as moot.

IT IS THEREFORE ORDERED that Plaintiffs' Memorandum on Damages (Doc. No. 13) and Motion for Attorney's Fees and Costs (Doc. No. 11) are DENIED as moot.

                                                                  **UNITED STATES DISTRICT JUDGE**